# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH P. QUINN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | 2:10-CV-400 JCM (PAL) |

**ORDER**

Presently before the court is the case of *Quinn v. United States of America*. (Case No.: 2:10-cv-00400-JCM-PAL). This is an appeal from a criminal case before United States Magistrate Judge Robert J. Johnston. (Case No.: 2:09-mj-00322-RJJ).

Quinn filed a notice of appeal on March 23, 2010. (Doc. #2). Quinn failed to file an opening brief within the initial court ordered briefing schedule. However, Quinn filed two motions to extend time to file the opening brief. (Docs. #3 and #4). On May 26, 2010, this court issued an order granting one of the motions to extend time and ordered Quinn to file an opening brief by June 10, 2010. (Doc. #6).

More than a year and a half has passed since the court issued the order granting Quinn more time to file an opening brief. Nevertheless, Quinn has not filed any new documents in this case.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
2 be, and the same hereby is, DISMISSED for failure to comply with a court order.
3  DATED February 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -